IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:21MJ422 |
| | ) | |
| OYA GRAEBER, | ) | |
| | ) | Court Date: January 3, 2022 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Misdemeanor E1379580

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 13, 2021, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, OYA GRAEBER, did unlawfully steal, purloin, and knowingly convert to his use, property of the United States or any department or agency thereof, specifically: merchandise sold at the Army & Air Force Exchange Service (AAFES) totaling approximately $39.17.

(In violation of Title 18, United States Code, Section 641)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: *[signature]*

Sean Rowland
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Email: sean.rowland@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2021, a true and correct copy of the Criminal Information was mailed to the defendant at:

Oya Graeber
5376 Gainsborough Drive
Fairfax, VA 22032

By: *[signature]*

Sean Rowland
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: sean.rowland@usdoj.gov